

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Mr. G. C. Jackson
County Attorney
Zavalla County
Crystal City, Texas

Dear Mr. Jackson:

Opinion No. O-6022
Re: "Withholding agent" with respect to salary and fees of County Attorney, under Subchapter D, Sections 450-476 Federal Revenue Act of 1942.

You request our opinion on the following question:

Where a County Attorney's salary is paid by the County Clerk, and his fees are collected from convicted defendants, who should hold out and report the five per cent victory tax levied by Sec. 450 of the Act cited in the caption?

Sec. 465, subsection "b" defines wages in part as follows:

"The term 'wages' means all remuneration (other than fees paid to a public official) for services performed by an employee for his employer. . . "

The same section, in subsection "d", defines "employee" so as to include an officer or employee of a county.

In Sec. 467, subsection "a" provides:

"The tax required to be withheld by section 465 shall be collected by the person having control of the payment of such wages by deducting such amount from such wages as and when paid. As used in this subsection, the term 'person' includes officers and employees of the United States, or of a State, Territory, or any political

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

subdivision thereof, or of the District of
Columbia, or any agency or instrumentality
of any one or more of the foregoing."

Since the County Clerk has "control of the payment" of the salary of the County Attorney, he is the "withholding agent" under the Act, who should hold out the tax by reducing the amount of the warrant issued to the County Clerk by the amount thereof, and report it. Payment of the tax, of course, must be made through the joint action of the Clerk in issuing and the Treasurer in paying a warrant therefor. "Fees" paid to the County Attorney by convicted defendants are not "wages" under the Act, and no tax is required to be withheld with respect to such fees.

Answering your question as to whether the tax is to be paid over to the Federal government monthly, quarterly or annually, we direct your attention to the following provisions of Section 466:

" . . . , every person required to withhold and collect any tax under Section 466 shall make a return and pay such tax on or before the last day of the month following the close of each quarter of each calendar year, . . . ."

It thus appears that the tax is to be paid over quarterly.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

R. W. Fairchild
Assistant

RWF-MR

APPROVED DEC 21, 1942

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS